AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*     DISTRICT OF   NEVADA

JOHNNY EDWARD HAMILTON,

    Petitioner,   JUDGMENT IN A CIVIL CASE
V.

    CASE NUMBER: **3:06-CV-00273-PMP-VPC**

E. K. MCDANIEL, et al.,

    Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the First Amended Petition for Writ of Habeas Corpus (#21) is **DENIED**.

   September 29, 2009      **LANCE S. WILSON**
                                                  Clerk

                                                /s/ D. R. Morgan
                                                  Deputy Clerk