# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOHNNY EDWARD HAMILTON,

    Petitioner,

vs.

E. K. MCDANIEL, et al.,

    Respondents.

Case No. 3:06-CV-00273-PMP-(VPC)

**ORDER**

    The United States Court of Appeals for the Ninth Circuit reversed this court's denial of the first amended petition (#21) and remanded for a determination whether petitioner's counsel failed to consult with petitioner about a direct appeal from the judgment of conviction. This was part of the claim in ground 3 of the first amended petition (#21). This court did not consider the issue whether counsel failed to consult with petitioner about a direct appeal because this court determined that that part of ground 3 was not exhausted. Order (#41). Further briefing will be necessary.

///
///
///
///
///
///
///

**IT IS THEREFORE ORDERED** that respondents shall have forty-five (45) days from the date of entry of this order to file and serve a supplemental answer on the issue of whether counsel failed to consult with petitioner about a direct appeal from his judgment of conviction. Petitioner shall have forty-five (45) days from the date of service of the supplemental answer to file and serve a supplemental reply.

DATED: May 31, 2011.

_____
PHILIP M. PRO
United States District Judge