# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOHNNY EDWARD HAMILTON,

    Petitioner,

vs.

E. K. MCDANIEL, et al.,

    Respondents.

Case No. 3:06-CV-00273-PMP-(VPC)

**ORDER**

    Petitioner having submitted an unopposed motion for an extension of time to file supplemental reply to supplemental answer (first request) (#77), and good cause appearing;

    IT IS THEREFORE ORDERED that petitioner's unopposed motion for an extension of time to file supplemental reply to supplemental answer (first request) (#77) is **GRANTED**. Petitioner shall have through September 26, 2011, to file and serve a supplemental reply to the supplemental answer (#76).

    DATED: August 16, 2011.

_____
PHILIP M. PRO
United States District Judge